Terrence E. BABB, M.D.

v.

ESTATE OF Andrew D. BERSHAD, Esq., Michael J. Beautyman, Esq., and Beautyman Associates, P.C.

Petition of Michael J. Beautyman, Esq. and Beautyman Associates, P.C.

Supreme Court of Pennsylvania.

Aug. 7, 2007.

### ORDER

PER CURIAM.

AND NOW, this 7th day of August, 2007, the Application for Reconsideration of Petition for Allowance of Appeal is **GRANTED.** Pa.R.A.P. 2543. This Court's order dated March 28, 2007 is **VACATED** for lack of jurisdiction. 42 Pa.C.S. § 724; Pa.R.A.P. 1112. The Petition for Allowance of Appeal and the Application to Submit a Reply Brief are **DENIED.** Pa.R.A.P. 1114.

Justice FITZGERALD did not participate in the consideration or decision of this matter.